there is no evidence offered to rebut or contradict the right of property. * * *."

We therefore hold that the ownership of the typewriter was not proved by competent evidence and reverse and remand for a new trial.

The other grounds urged upon us for reversal are predicated upon testimony, trial tactics and rulings which may not recur on a retrial and we therefore do not pass upon them.

Judgment reversed and cause remanded for a new trial.

BURKE, P. J., and EGAN, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRANK L. RAKAS, Defendant-Appellant.

(No. 73-240;

Fifth District—March 26, 1974.

PER CURIAM.
CARTER, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon, for appellant.

Michael J. Henshaw, State's Attorney, of Harrisburg, for the People.